FRED R. GERLICH v. ANNA GERLICH.[1]

June 5, 1925.

No. 24,639.

**Finding sustained that wife did not treat her husband cruelly.**

The trial court's finding in a divorce case that the defendant did not cruelly or inhumanly treat the plaintiff is sustained by the evidence.

1. See Divorce, 19 C. J. p. 142, § 367; p. 194, § 479.

Action in the district court for Ramsey county for absolute divorce and cross bill by defendant. The case was tried before Hanft, J., who dismissed the cross bill and denied relief to plaintiff. From an order denying his motion for a new trial, plaintiff appealed. Affirmed.

*George H. Gerlich, Jr.,* for appellant.

*E. A. Waters,* for respondent.

DIBELL, J.

Action for divorce upon the ground of cruel and inhuman treatment. There were findings for the defendant. The plaintiff appeals from the order denying his motion for a new trial.

The record has been carefully examined. Neither party has been blameless. The trial court's finding that the defendant did not cruelly and inhumanly treat the plaintiff, within the meaning of the statute, is well sustained. Stating it favorably to the plaintiff, the question of fact was for the trial court and might have been found for either. We doubt not that the findings were wisely made against the plaintiff's contention. A review of the evidence is useless.

Order affirmed.

[1]Reported in 204 N. W. 465.